# MEMO ENDORSED

> Defendant's motion to dismiss is denied without prejudice. Should Defendant wish to again move to dismiss, it is directed to do so in accordance with the Individual Practices of the Court and request a pre-motion conference. IT IS SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: October 25, 2022
> New York, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA FOLEY, et al.,

        Plaintiffs,

-against-

UNION DE BANQUES ARABES ET FRANÇAISES,

        Defendant.

1:22-cv-1682

ORAL ARGUMENT REQUESTED

**NOTICE OF DEFENDANT'S MOTION TO DISMISS COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the accompanying Declaration of Benjamin S. Kaminetzky dated October 21 2022, and the exhibits attached thereto, Defendant Union de Banques Arabes et Françaises ("UBAF") will move this Court before the Honorable Edgardo Ramos, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, at a date and time to be determined by the Court, for an order dismissing with prejudice the Complaint (Dkt. No. 1) pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6), and granting such further relief as the Court deems proper and just.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b), Plaintiffs shall file any opposition to Defendant's motion on November 4, 2022 and Defendant shall file any reply in further support of this motion on November 11, 2022.

Dated: New York, New York
October 21, 2022

                                            **DAVIS POLK & WARDWELL LLP**

By: /s/ *Benjamin S. Kaminetzky*
Benjamin S. Kaminetzky
Craig T. Cagney
Shanaye Carvajal
Jonah J. Stotsky
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
benjamin.kaminetzky@davispolk.com
craig.cagney@davispolk.com
shanaye.carvajal@davispolk.com
jonah.stotsky@davispolk.com

*Counsel for Defendant Union de Banques Arabes et Françaises*