UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA FOLEY, et al.,<br><br>       Plaintiffs,<br><br>  -against-<br><br>UNION DE BANQUES ARABES ET FRANÇAISES,<br><br>       Defendant. | **ORDER**<br><br>22-cv-1682 (ER) |

RAMOS, D.J.:

  For the reasons stated on the record during the conference on August 10, 2023, this case (including discovery) is hereby stayed pending the Second Circuit's decision in *Levin v. Bank of New York*, No. 22-624. The parties are directed to notify the Court within two business days of the Second Circuit's decision.

It is SO ORDERED.

Dated: August 10, 2023
     New York, New York

                       _____
                        Edgardo Ramos, U.S.D.J.