UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA FOLEY, et al.,

                Plaintiffs,

-against-

UNION DE BANQUES ARABES ET FRANÇAISES,

                Defendant.

**ORDER**

22-cv-1682 (ER)

At the September 14, 2023 status conference, Plaintiffs submitted a motion for a temporary restraining order ("TRO"). The Court directed the parties to meet and confer regarding a briefing schedule. On September 20, 2023, Defendant submitted a memorandum of law in opposition to Plaintiffs' TRO. The parties did not submit a briefing schedule. Accordingly, the Court directs Plaintiffs to file their reply, if any, by September 27, 2023.

    SO ORDERED.

Dated:   September 21, 2023
           New York, New York

                                                  Edgardo Ramos, U.S.D.J.