UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA FOLEY, et al.,

               Plaintiffs,

-against-

UNION DE BANQUES ARABES ET FRANÇAISES,

               Defendant.

**ORDER**

22-cv-1682 (ER)

    The Court is in receipt of the parties' papers on Plaintiffs' motion for a temporary restraining order.  The parties are directed to appear on October 24, 2023 at 2:30 PM before the Honorable Edgardo Ramos in Courtroom 619 of the United States Courthouse, 40 Foley Square, New York, NY, for a hearing on the motion.

    SO ORDERED.

Dated:   September 27, 2023
            New York, New York

                                                  Edgardo Ramos, U.S.D.J.