**Davis Polk**

Benjamin S. Kaminetzky
+1 212 450 4259
ben.kaminetzky@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

**MEMO ENDORSED**

April 3, 2025

Re: *Foley, et al., v. Union de Banques Arabes et Françaises*, No. 22-cv-1682-ER

Hon. Edgardo Ramos
U.S. District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Ramos:

We write on behalf of Defendant Union de Banques Arabes et Françaises to respectfully request that, due to the Passover holiday (April 12-20), the Court reschedule the hearing currently scheduled for April 16, 2025 (Dkt. No. 90) to the week of April 21, or at the Court's earliest convenience thereafter. We have conferred with counsel for Plaintiffs, and they do not object to this request.

Respectfully Submitted,

*/s/ Benjamin S. Kaminetzky*

Benjamin S. Kaminetzky

cc: All Counsel (via ECF)

---

The status conference presently scheduled for April 16, 2025, is adjourned to April 22, 2025, at 10:30 a.m.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 4/7/2025
New York, New York